**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>ONEAL, JAMES H.<br>ONEAL, JUNE F. | CHAPTER 7<br><br>CASE NO. 04-73835 MB |
| Debtors. | Judge  MANUEL BARBOSA |

**TRUSTEE'S FINAL REPORT**

To:    THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES THOMAS J. LESTER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on 07/30/04.  The Trustee was appointed on 07/30/04.  The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee has not found it advisable to oppose the Debtors' discharge.  The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B.  The scheduled value of property abandoned is $202,122.82.  The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of June 6, 2007 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ | 80,274.16 |
| b. | DISBURSEMENTS (See Exhibit C) | $ | 66,678.00 |
| c. | NET CASH available for distribution | $ | 13,596.16 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |
| | 1.    Trustee compensation requested (See Exhibit E) | $ | 7,263.71 |
| | 2.    Trustee Expenses (See Exhibit E) | $ | 183.51 |
| | 3.    Compensation requested by attorney or other | | |

professionals for trustee (See Exhibit F)                              $          2,403.00

5.     The Bar Date for filing unsecured claims expired on 01/18/05

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.

The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a.   Allowed unpaid secured claims (shall not share in the distribution)    $          32,910.00

b.   Chapter 7 Administrative and
     28 U.S.C. §1930 claims                                                 $           9,907.22

c.   Allowed Chapter 11 Administrative Claims                               $              0.00

d.   Allowed priority claims                                                $              0.00

e.   Allowed unsecured claims(including late filed claim)                   $          73,956.02

f.   Surplus return to debtor                                               $              0.00

7.     Trustee proposes that unsecured creditors receive a distribution of 5.50% of allowed claims.

8.     Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was

$0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is

$2,460.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $2,460.00. (A

summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.     A fee of $709.00 was paid to Debtors' counsel for services rendered in connection with this case, and no

basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and

correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and

503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and

make final allowances of the administrative claims and expenses stated in this Report and for such other relief as

the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:    June 6, 2007                      /s/ Thomas J. Lester
                                           THOMAS J. LESTER, Trustee
                                           100 PARK AVENUE
                                           P.O. BOX 1389
                                           ROCKFORD, IL  61105-1389
                                           (815) 490-4900

## TASKS PERFORMED BY TRUSTEE

**NOTE: In this case, the Trustee has elected not to seek attorneys' fees for any attorney services rendered in this matter so that the unsecured creditors will be able to receive a distribution. All services, trustee time and attorney time, rendered in this matter are set forth together in detail as Exhibit E-1.**

1.    Review Petition and schedules; conduct Section 341(a) Meeting of Creditors.

2.    Investigate Debtor's assets.

3.    Sell Debtors' rental property.

4.    Attempt to sell Debtors' lot at Woodhaven Estates; obtain Order abandoning same.

5.    Prepare Trustee's Final Report to disburse funds to unsecured creditors and close case.

6.    Prepare Annual reports.

7.    Prepare Final Account and Form 4.

A detailed list of Trustee time is attached to the Trustee's Application for Compensation (Exhibit E) as Exhibit E-1

and expenses are attached as Exhibit E-2.

**EXHIBIT A**

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 04-73835 MB
**Case Name:** ONEAL, JAMES H.
ONEAL, JUNE F.

**Period Ending:** 06/06/07

**Trustee:** (330330)    THOMAS J. LESTER
**Filed (f) or Converted (c):** 07/30/04 (f)
**$341(a) Meeting Date:** 09/07/04
**Claims Bar Date:** 01/18/05

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lot at Woodhaven Lakes Order allowing abandonment of asset entered 9/20/06. | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Real estate (homestead) located at 280 S. Oak Street, Hinckley, IL Lien and exemptions exceed value of real estate | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Real estate located at 709 S. Broadway, Aurora, IL.  Property sold October 26, 2004. | 60,000.00 | 11,000.00 | | 80,000.00 | FA |
| 4 | Cash Exempt asset | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking and saving accounts--Nat'l City Bank Exempt asset | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Furniture and appliances Exempt asset | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing Exempt asset | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term life insurance No cash surrender value | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Money market funds--Charles Schwab | 222.82 | 0.00 | DA | 0.00 | FA |
| 10 | Pension-Caterpillar Exempt asset | Unknown | 0.00 | DA | 0.00 | FA |

EXHIBIT
B

Page: 3

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

| Case Number: | 04-73835 MB |
|---|---|
| Case Name: | ONEAL, JAMES H. |
| | ONEAL, JUNE F. |
| Period Ending: | 06/06/07 |

| Trustee: | (330330) | THOMAS J. LESTER |
|---|---|---|
| Filed (f) or Converted (c): | 07/30/04 (f) | |
| §341(a) Meeting Date: | 09/07/04 | |
| Claims Bar Date: | 01/18/05 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): August 15, 2005      Current Projected Date Of Final Report (TFR): June 15, 2007

Printed: 06/06/2007 02:42 PM      V.9.02

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-73835 MB
**Case Name:** ONEAL, JAMES H. / ONEAL, JUNE F.
**Taxpayer ID #:** 13-7431494
**Period Ending:** 06/06/07

**Trustee:** THOMAS J. LESTER (330330)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-****73-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/04 | | Chicago Title and Trust Company | Net proceeds from sale of real estate. | | | | 21,352.00 |
| | {3} | | Gross proceeds | 1110-000 | 80,000.00 | | 21,352.00 |
| | | | Mortgage pay-off | 4110-000 | -49,892.59 | | 21,352.00 |
| | | | Realtor's commission | 3510-000 | -4,800.00 | | 21,352.00 |
| | | | Pre-petition real estate taxes | 4700-000 | -1,236.27 | | 21,352.00 |
| | | | Post-petition real estate taxes | 2820-000 | -1,065.00 | | 21,352.00 |
| | | | Closing costs | 2500-000 | -1,405.00 | | 21,352.00 |
| | | | Water bill lien | 4120-000 | -152.12 | | 21,352.00 |
| | | | City of Aurora lien | 4120-000 | -97.02 | | 21,352.00 |
| 11/30/04 | {18} | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 4.24 | | 21,356.24 |
| 12/31/04 | {18} | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 4.53 | | 21,360.77 |
| 01/31/05 | {18} | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 5.36 | | 21,366.13 |
| 02/28/05 | {18} | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 5.09 | | 21,371.22 |
| 03/31/05 | {18} | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 6.35 | | 21,377.57 |
| 04/29/05 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 6.15 | | 21,383.72 |
| 05/31/05 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 6.36 | | 21,390.08 |
| 06/30/05 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 6.83 | | 21,396.91 |
| 07/29/05 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 7.42 | | 21,404.33 |
| 08/31/05 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 8.18 | | 21,412.51 |
| 09/30/05 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 8.42 | | 21,420.93 |
| 10/31/05 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 9.30 | | 21,430.23 |
| 11/30/05 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 9.69 | | 21,439.92 |
| 12/30/05 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.72 | | 21,450.64 |
| | | | | Subtotals : | $21,450.64 | $0.00 | |

{} Asset reference(s)

Printed: 06/06/2007 02:42 PM   V.9.02

EXHIBIT C

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-73835 MB
**Case Name:** ONEAL, JAMES H.
ONEAL, JUNE F.
**Taxpayer ID #:** 13-7431494
**Period Ending:** 06/06/07

**Trustee:** THOMAS J. LESTER (330330)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_****73-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|
| 01/31/06 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 12.08 | | 21,462.72 |
| 02/28/06 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 11.53 | | 21,474.25 |
| 03/31/06 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 12.77 | | 21,487.02 |
| 04/28/06 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 13.60 | | 21,500.62 |
| 05/31/06 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 14.61 | | 21,515.23 |
| 06/30/06 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 14.15 | | 21,529.38 |
| 07/19/06 | 1001 | Illinois Department of Revenue | Estate Taxes | | 2,149.00 | 19,380.38 |
| 07/19/06 | 1002 | Internal Revenue Service | Estate Taxes | | 5,881.00 | 13,499.38 |
| 07/31/06 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 13.86 | | 13,513.24 |
| 08/31/06 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 9.33 | | 13,522.57 |
| 09/29/06 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 8.59 | | 13,531.16 |
| 10/31/06 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 9.48 | | 13,540.64 |
| 11/30/06 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 8.90 | | 13,549.54 |
| 12/29/06 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 8.60 | | 13,558.14 |
| 01/31/07 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 9.04 | | 13,567.18 |
| 02/28/07 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 6.76 | | 13,573.94 |
| 03/30/07 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 7.24 | | 13,581.18 |
| 04/30/07 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 7.49 | | 13,588.67 |
| 05/31/07 | {18} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 7.49 | | 13,596.16 |

**Subtotals:**    $175.52    $8,030.00

Printed: 06/06/2007 02:42 PM    V.9.02

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-73835 MB
**Case Name:** ONEAL, JAMES H.
ONEAL, JUNE F.
**Taxpayer ID #:** 13-7431494
**Period Ending:** 06/06/07

**Trustee:** THOMAS J. LESTER (330330)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****73-65 - Money Market Account
**Blanket Bond:** $1,500,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 21,626.16 | 8,030.00 | $13,596.16 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 21,626.16 | 8,030.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $21,626.16 | $8,030.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-73835 MB |
| Case Name: | ONEAL, JAMES H. |
| | ONEAL, JUNE F. |
| Taxpayer ID #: | 13-7431494 |
| Period Ending: | 06/06/07 |

| Trustee: | THOMAS J. LESTER (330330) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***_*****73-66 – Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | (No Transactions on File for this Period) | | | | | $0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | Net Receipts : | 21,626.16 |
| | Plus Gross Adjustments : | 58,648.00 |
| | Net Estate : | $80,274.16 |

| TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balance |
|---|---|---|---|---|
| MMA # ***_*****73-65 | | 21,626.16 | 8,030.00 | 13,596.16 |
| Checking # ***_*****73-66 | | 0.00 | 0.00 | 0.00 |
| | | $21,626.16 | $8,030.00 | $13,596.16 |

{} Asset reference(s)

Printed: 06/06/2007 02:42 PM    V.9.02

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>ONEAL, JAMES H.<br>ONEAL, JUNE F. | CHAPTER 7<br><br>CASE NO. 04-73835 MB |
| Debtors. | Judge MANUEL BARBOSA |

**DISTRIBUTION REPORT**

I, <u>THOMAS J. LESTER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---:|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 9,907.22 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims (507(a)(8)): | $ | 0.00 |
| Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 3,688.94 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 13,596.16 |

**EXHIBIT D**

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $9,907.22 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | THOMAS J. LESTER, Trustee statutory compensation | 7,263.71 | 7,263.71 |
| | THOMAS J. LESTER, Trustee expenses | 183.51 | 183.51 |
| | RSM McGladrey, Inc., Accountant Fees | 2,403.00 | 2,403.00 |
| | RSM McGladrey, Inc., Accountant Expenses | 57.00 | 57.00 |
| | TOTAL $ | | 9,907.22 |

b. $0.00 for Chapter 11 administrative expenses allowed under §503(b) as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

c. $0.00 for priority creditors, in the order specified in 11 U.S.C. §507(a)(2)-(9), itemized as follows:

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 earned within 90 days of Petition: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds up to the extent of $4,000 per individual: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

**EXHIBIT D**

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL           $ | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 per individual: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL           $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) -Claims for alimony, maintenance or support: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL           $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Taxes §724(b) - Tax Liens: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL           $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL           $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, reimbursement claims et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

**EXHIBIT D**

|  | TOTAL | $ | 0.00 |
|---|---|---|---|

d. $3,688.94 for general unsecured creditors who have filed claims allowed in the total amount of $67,102.27, yielding a dividend of 5.50% as itemized below:

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $67,102.27 | 5.50% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | American Express Centurion Bank | 25,011.14 | 1,374.98 |
| 2 | Household Bank and its assigns | 15,899.55 | 874.08 |
| 3 | eCast Settlement Corporation | 10,283.77 | 565.35 |
| 4 | Discover Bank | 6,652.83 | 365.74 |
| 6 | Discover Financial Services | 5,953.22 | 327.28 |
| 7 | Discover Financial Services | 3,301.76 | 181.51 |
|  | TOTAL $ | | 3,688.94 |

e. $0.00 for tardily filed unsecured claims allowed in the total amount of $6,853.75 yielding a dividend of 0.00% as itemized below:

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $6,853.75 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 8 | eCAST Settlement Corporation, assignee of Household Bank | 6,853.75 | 0.00; deemed late filed claim pursuant to Order entered 9/27/06 |
|  | TOTAL $ | | 0.00 |

f. $0.00 for fines and penalties

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | TOTAL $ | | 0.00 |

g. $0.00 for interest

**EXHIBIT D**

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

h. $0.00 Subordinated General Unsecured Claims

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Subordinated General Unsecured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

i. $0.00 to the Debtor

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

j. $0.00 for secured creditors

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Creditors | $32,910.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 5 | Chase Manhattan Mortgage Corp | 32,910.00 | 0.00; Shall not share in the distribution pursuant to Order entered 9/27/06 |
| | | TOTAL          $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order, withdrawn by the claimant, or otherwise barred from distribution:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATE:    June 6, 2007                      /s/ Thomas J. Lester
                                           THOMAS J. LESTER, Trustee

**EXHIBIT D**

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Trustee's Attorney | $0.00 | $0.00 | $0.00 |
| Trustee's Accountant | $0.00 | $2,403.00 | $2,460.00 |
| Trustee's Other Professionals | $0.00 | $0.00 | $0.00 |
| Debtor's Attorney | $709.00 | $0.00 | $709.00 |
| Debtors' Accountant | N/A | N/A | N/A |
| Any Other Professional | N/A | N/A | N/A |
| **TOTAL** | $709.00 | $2,403.00 | $3,169.00 |

**EXHIBIT G**