Case Name:   JAMES H. ONEAL
                  JUNE F. ONEAL
Case No:     04 B 73835

## **CERTIFICATION OF REVIEW**

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: September 5, 2007                 WILLIAM T. NEARY
                                                   United States Trustee, Region 11


                                     BY:    __/s/_____
                                                     CAROLE J. RYCZEK
                                                     Attorney for the U.S. Trustee