IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>ONEAL, JAMES H.<br>ONEAL, JUNE F.<br><br>Debtors. | CHAPTER 7<br><br>CASE NO. 04-73835 MB<br><br>Judge MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtors, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 115
   Rockford, IL 61101

   on: September 26, 2007
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| THOMAS J. LESTER<br>Trustee | $ 0.00 | $ 7,263.71 | $ 183.51 |
| RSM McGladrey, Inc.<br>Trustee's Accountant | $ 0.00 | $ 2,403.00 | $ 57.00 |

4. The Trustee's Final Report shows total:

   a. Receipts                          $     80,274.16

   b. Disbursements                     $     66,678.00

   C. Net Cash Available for Distribution  $     13,596.16

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $3,688.94, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $67,102.27, resulting in an approximate distribution of 5.50% to unsecured creditors.

6. The Debtors have been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached to the Final Report as Exhibit B.

DATE:   September 5, 2007          /s/ Thomas J. Lester
                                   THOMAS J. LESTER, Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cbachman               Page 1 of 1      Date Rcvd: Sep 06, 2007
Case: 04-73835                 Form ID: pdf002              Total Served: 26

The following entities were served by first class mail on Sep 08, 2007.
 db           James H O'Neal,    280 S Oak Street,    Hickley, IL 60520-9782
 jdb          June F O'Neal,    280 S Oak Street,    Hickley, IL 60520-9782
 aty         +Linda M Holzrichter,    Law Offices Of Linda M. Holzrichter,    16 S Locust St,
               Aurora, IL 60506-4034
 aty         +Michele M Springer,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL 61105-1389
 aty         +Victoria R Glidden,    Hinshaw & Culbertson,    P. O. Box 1389,    Rockford, IL 61105-1389
 tr           Thomas J Lester,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL 61105-1389
8348445       AT&T Universal Card,    P.O. Box 44183,    Jacksonville, FL 32231-4183
8348444       American Express - Optima,    P.O. Box 360002,    Ft. Lauderdale, FL 33336-0002
8643794       American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
               Malvern, PA 19355-0701
8673790      +Chase Manhattan Mortgage Corp,    250 W. Huron Rd,    Cleveland OH 44113-1451
8348446       Chase Manhattan Mortgage Corp.,    P.O. box 24696,    Columbus, OH 43224-0696
8348448       Chase MasterCard,    P.O. Box 52195,    Phoenix, AZ 85072-2195
8348449       Discover Financial Services,    P.O. Box 5133,    Sioux Falls, SD 57117-5133
8348452       GM Card,    P.O. Box 37281,    Baltimore, MD 21297-3281
8648754      +Househol Bank,    eCast Settlement Corp,    PO Box 35480,    Newark, NJ 07193-5480
8644544       Household Bank and its assigns,    by eCAST Settlement Corporation,    as its agent,
               P.O. Box 35480,    Newark, NJ 07193-5480
8348453       Option One Mortgage,    P.O. Box 57054,    Irvine, CA 92619-7054
8348454       Retailers National Bank - Target,    P.O. Box 59317,    Minneapolis, MN 55459-0317
8348455       Union Plus - Household Credit,    P.O. Box 88000,    Baltimore, MD 21288-0001
9383602       eCAST Settlement Corporation, assignee of,    Household Bank and its Assigns,    P.O. Box 35480,
               Newark, NJ 07193-5480
10716954     +eCast Settlement Corporation,    Chase Manhattan Bank USA NA,    PO Box 35480,
               Newark, NJ 07193-5480
8664861      +eCast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission on Sep 07, 2007.
8666772       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 07 2007 03:01:15     Discover Bank,
               Discover Financial Services,    4909 East 26th St.,    Sioux Falls SD 57110
8715320       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 07 2007 03:01:15     Discover Financial Services,
               P. O. Box 8003,    Hilliard, OH 43026
8348450       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 07 2007 03:01:15     Discover Platinum,
               P.O. Box 30395,    Salt Lake City, UT 84130-0395
8348451       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 07 2007 03:01:15     Discover Titanium,
               P.O. Box 15192,    Wilmington, DE 19850-5192
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty          Thomas J Lester,
 aty*         Thomas J Lester,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL 61105-1389
 aty*         Thomas J Lester,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL 61105-1389
8348447*      Chase Manhattan Mortgage Corp.,    P.O. Box 24696,    Columbus, OH 43224-0696
                                                                                              TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 08, 2007**                    **Signature:** *Joseph Speetjens*